■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD McDUFFIE, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County, imposed July 29, 1977. Sentence modified, as a matter of discretion in the interest of justice, by adding a provision that the sentence shall run concurrently with the defendant's Federal sentence. As so modified, sentence affirmed. In our opinion, the interests of justice will be served by this modification. Mollen, P. J., Hopkins, Damiani and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES E. McNEIL, Also Known as SNAKE, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County, imposed June 2, 1977. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Hopkins, Damiani and Shapiro, JJ., concur.

## (September 18, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS H. ADAMS, Appellant, v LEON J. VINCENT, as Superintendent of the Green Haven Correctional Facility, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS H. ADAMS, Respondent, v NEW YORK STATE BOARD OF PAROLE, Appellant.—Motions by the Attorney-General of the State of New York (1) in the first above-captioned proceeding, for reargument of an order of this court, dated May 1, 1978 and (2) in the second above-captioned proceeding, to stay, pending appeal, a judgment of the Supreme Court, Dutchess County, dated July 12, 1978. Motions for reargument and for a stay denied as academic. On September 6, 1978, this court was informed that on that date the relator was released on parole to the State of Connecticut. Mollen, P. J., Hopkins, Shapiro and Hawkins, JJ., concur.